FORM 2
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s) Adele Forwarding, Inc., et al. 05-1324C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Alan E. Wohlstetter

Firm Name: Denning & Wohlstetter

Post Office Box:

Street Address: 815 Connecticut Avenue, Suite 500

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: (202) 833-8884

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 3 4
Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O D
See attached sheet for three digit codes.

Amount Claimed: $ To be proven.
Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) ________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

Plaintiffs

Adele Forwarding, Inc.
Allstates Worldwide Movers, Inc.
American Shipping, Inc.
Approved Forwarders, Inc.
All Alaska Thru Van, Inc. d/b/a All Alaska Forwarding
Azar Storage, Inc.
BINL, Inc.
Bremerton Transfer & Storage Co., Inc.
Chinook Moving & Storage, Inc.
GJ Daniels, Inc. d/b/a Daniels Moving & Storage